

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

TELEPHONE (518) 486-5355

APPEALS AND OPINIONS BUREAU

July 8, 2013

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    RE:   *United States v. State of New York*
           Docket No. 10-3602-cv

Dear Ms. Wolfe:

    I represent defendants-appellants in this appeal. In a stipulation dated May 23, 2013 and so-ordered by this Court on June 7, 2013, the parties agreed to withdraw this appeal, without prejudice pursuant to Local Rule 42.1, until July 8, 2013. Defendants-appellants herewith respectfully request that the appeal be reinstated.

    Thank you for your assistance.

Respectfully submitted,

JULIE M. SHERIDAN
Assistant Solicitor General

cc:    Jennifer Levin Eichhorn, Esq.